IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RICHARD CARTER aka : | MISCELLANEOUS |
| RICHARD ANDERSON : | |
| v. : | |
| UNITED STATES OF AMERICA, : | |
| DEPARTMENT OF VETERANS' AFFAIRS : | NO. 02-mc-184 |

ORDER

      AND NOW, this         day of                    2002, it appearing that on July 11, 2002, Mr. Carter/Anderson filed a "Declaration of Class Member Richard Carter (and Notice of Intent to File Civil Grievance)" in this court, and

      it further appearing that this Declaration seems to indicate that a lawsuit of some kind may be filed in this court at some indefinite time in the future, and

      it further appearing that no new documents have been filed in this matter since the original filing of July 11, 2002, it is hereby

      ORDERED that the Clerk of Court shall mark this miscellaneous matter CLOSED.

MARY A. McLAUGHLIN, J.